LORO H. LYNAM, d. b., *vs.* GEORGE H. WIGGIN, p. b.

JUSTICES OF THE PEACE—REFEREES—RECORD—MEN OF THE COUNTY.

A justice's record of trial before referees was not fatally defective for failing to show that the referees were judicious and impartial men of the county.

(*March* 21, 1917.)

Judges BOYCE and CONRAD sitting.

*James H. Hughes, Jr.*, for defendant below.

*James W. Lattomus* for plaintiff below.

Superior Court, New Castle County, March Term, 1917.

CERTIORARI, No. 121, September Term, 1916.

ACTION by George H. Wiggin against Loro H. Lynam, before a Justice of the Peace. Judgment for plaintiff. Defendant brings certiorari. Affirmed.

Counsel for the defendant below contended that the requirement of the statute that the justice should appoint "judicious and impartial men of the county" was jurisdictional, and that the fact that the record did not disclose that the referees so appointed were "judicious and impartial men of the county," was fatal. He referred to the case of *Jacoby v. Bolen*, 6 *Pennewill*, 240, 67 *Atl.* 199, but insisted that the decision was erroneous and should be reversed.

CONRAD, J.:—The case of *Jacoby v. Bolen*, 6 *Pennewill*, 240, 67 *Atl.* 199, is controlling.

BOYCE, J.:—The decision in the Jacoby Case is approved by the court, and it is decisive of the question by the exception to the record filed in this case. The judgment below is affirmed.